UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY AMATO,

    Plaintiff,

v.

Case No. 20-cv-12007
Hon. Matthew F. Leitman

MAGGIANO'S HOLDING
CORPORATION,

    Defendant.

_____/

## JUDGMENT

In accordance with the Order issued on this date, **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendant and against Plaintiff.

          KINIKIA ESSIX
          CLERK OF COURT

          By:   s/Holly A. Ryan
                 Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  February 3, 2022
Detroit, Michigan